UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 APR 27 AM 10:06

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-20139-MI |
| vs. ) | |
| ) | |
| SYLVESTER CRAWFORD ) | |
| ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have SYLVESTER CRAWFORD, DOB:09/07/1973, SSN: 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, now being detained in the Criminal Justice Center, 201 Poplar Ave., Memphis, TN, appear before the Honorable Diane K. Vescovo on May 3, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of April, 2005.

_____
STEPHEN P. HALL
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY CRIMINAL JUSTICE CENTER, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have SYLVESTER CRAWFORD, DOB:09/07/1973, SSN: 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, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 26 day of April, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20139 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT