IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA )
)
vs. ) No. 05-20139-M1
)
SYLVESTER CRAWFORD, )
)
Defendant. )

---

ORDER RESETTING DETENTION HEARING

---

On May 4, 2005, defendant Sylvester Crawford came before Magistrate Judge S. Thomas Anderson for an initial appearance. At that time, the government asked for detention, and Crawford indicated he needed time to obtain counsel. He waived the time limits imposed for holding a detention hearing, and a hearing was set on May 11, 2005, before the undersigned to determine attorney status for Crawford and to conduct the detention hearing if an attorney had been retained.

Crawford is currently incarcerated in the Shelby County Criminal Justice Center, and on May 10, 2005, the United States Marshal was informed that Crawford had developed an illness, was transported to the Regional Medical Center, and would not be available for the hearing set May 11, 2005.

IT IS THEREFORE ORDERED that the attorney status/detention hearing is continued from May 11, 2005, to Wednesday, May 18, 2005,



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-13-05



at 2:30 p.m. before Magistrate Judge Anderson in Courtroom M-3.

The time period from May 11, 2005, through May 17, 2005, is excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

IT IS SO ORDERED this 11th day of May, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20139 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT