# UNITED STATES DISTRICT COURT
### Western District of Tennessee

05 MAY 23 PM 12:55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

United States of America

v.

Sylvester Crawford

Case No. 05-20139-Ml

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant was scheduled for a detention hearing on May 18, 2005; however, the defendant is hospitalized and remains unable to appear for court. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A), a period of excludable delay may be granted due to the unavailability of the defendant.

The detention hearing is reset to May 23, 2005. IT IS THEREFORE ORDERED that the time period of May 18, 2005, through May 22, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is hospitalized.

This 20th day of May, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or Rule 32(b) FRCrP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20139 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT