IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Cr. No. 05-20139-Ml

SYLVESTER CRAWFORD,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on __5/25/05__. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: _E. Laurenzi_
ADDRESS: _50 N. Front Street_
_Memphis, TN 38103_
TELEPHONE: _(901) 528-1702_

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, ~~(not having made bond)~~ ~~(being a state prisoner)~~ ~~(being a federal prisoner)~~ ~~(being held without bond pursuant to BRA of 1984)~~, is remanded to the custody of the U.S. Marshal.

                                                _S. Thomas Anderson_
                                                United States Magistrate Judge

Charges:     felon in possession of a firearm

Assistant U.S. Attorney assigned to case: Hall

The defendant's age is: _31_.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-26-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20139 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT