IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -7 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   CASE NO.:05-20139

SYLVESTER CRAWFORD,

    Defendant.

---

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

---

**IT APPEARING TO THE COURT** for good cause shown, that the Defendant's Motion to Continue the trial of the Defendant in this case be granted and that this matter be set for a change of plea on _Thursday, 12/22/05 at 8:45 A.M._.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED, this _7_ day of _Dec_, 2005.

_____
JUDGE JON PHIPPS MC CALLA
U.S. DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-8-05_


35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20139 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT